# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO )

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　)<br>　　Plaintiffs, )<br>　　　　　)<br>vs. )<br>　　　　　)<br>ADRIANA REICHELL, )<br>　　　　　)<br>　　Defendant. )<br>_____ ) | Case No. 20-CR-3438-JLS<br><br>Order Continuing Motion Hearing/Trial Setting |

　　Pursuant to joint motion, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for December 11, 2020 shall be continued to **January 15, 2021** at **1:30 p.m.**  The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

　　IT IS SO ORDERED:

Dated:  December 10, 2020

　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1